**U.S. Bankruptcy Court**

**Southern District of Mississippi**

Notice of Electronic Claims Filing

The following transaction was received from Mathes, Marion on 5/6/2026 at 5:00 AM CDT

File another claim

| | |
|---|---|
| **Case Name:** | Michael Allen Beaman and Tami Denise Beaman |
| **Case Number:** | 26-50658-KMS |
| **Creditor Name:** | Crdtworksllc<br>Attn: Bankruptcy<br>3191 Coral Way<br>Miami, FL 33145 |
| **Claim Number:** | 9 Claims Register |
| **Amount Claimed:** | $5300.00 |
| **Amount Secured:** | $0.00 |
| **Amount Priority:** | |

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**TB_Consumer_Loan_Agreement_Redacted.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1059593727 [Date=5/6/2026] [FileNumber=21327702-0
] [65141d5b903d9fc142ad44d1ef4df6e59cf8c58391115e51ac34ab1fa75fa76e912
c4df993fa108849746a4ce2c17d1f12ec00b1d26741e67ff65afc282ebe90]]

**26-50658-KMS Notice will be electronically mailed to:**

Warren A. Cuntz T1, Jr.
wcuntzcourt@gport13.com, waccourt1@gmail.com

Thomas Carl Rollins, Jr on behalf of Debtor Michael Allen Beaman
trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr on behalf of Joint Debtor Tami Denise Beaman
trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**26-50658-KMS Notice will not be electronically mailed to:**

Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Nuvell Credit Company, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118