United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                              Case No. 26-50658-KMS

Michael Allen Beaman                                                                      Chapter 13

Tami Denise Beaman

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                        User: mssbad                                              Page 1 of 2

Date Rcvd: Apr 23, 2026                Form ID: pdf012                                Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID              Recipient Name and Address**

db/jdb          + Michael Allen Beaman, Tami Denise Beaman, 5038 Gardenia Hill Rd, Perkinston, MS 39573-3990

         + Dufrene Building, 14502 West Main St, Cut Off, LA 70345-3200

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | |
| | on behalf of Debtor Michael Allen Beaman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |
| | on behalf of Joint Debtor Tami Denise Beaman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |
| | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | |
| | wcuntzcourt@gport13.com  waccourt1@gmail.com |

District/off: 0538-6                     User: mssbad                              Page 2 of 2
Date Rcvd: Apr 23, 2026                  Form ID: pdf012                           Total Noticed: 2
TOTAL: 4

26-50658-KMS   Dkt 15   Filed 04/25/26   Entered 04/25/26 23:33:05   Page 2 of 3

District/off: 0538-6                     User: mssbad                              Page 2 of 2
Date Rcvd: Apr 23, 2026                  Form ID: pdf012                           Total Noticed: 2
TOTAL: 4

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:**                                      **CHAPTER 13**
**MICHAEL ALLEN BEAMAN**

**TAMI DENISE BEAMAN**                          **Case No. 26-50658-KMS**


### <u>ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES OF</u><br><u>DEBTOR, MICHAEL ALLEN BEAMAN (SSN #XXX-XX-0453)</u>

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan. The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and § 1326(a)(1)(A), that:

**DUFRENE BUILDING**
**14502 WEST MAIN ST**
**CUT OFF, LA 70345-0000**

is directed to deduct from Debtor's wages the sum of **<u>$851.50</u> MONTHLY, BEGINNING <u>IMMEDIATELY.</u>**

**<u>***THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM ON OR BEFORE THE LAST BUSINESS DAY OF EACH MONTH REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY)***</u>**

The deducted funds are to be paid to Debtor(s) Case Trustee:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

**<u>*Please notate the Debtor's name and case number on the payment to the Trustee.*</u>**
The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor(s)

**##END OF ORDER##**