## United States Bankruptcy Court
### Southern District of Mississippi

In re   **Michael Allen Beaman**
**Tami Denise Beaman**

Debtor(s)

Case No.   **26-50658**

Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **May  1, 2026**

**/s/ Michael Allen Beaman**
**Michael Allen Beaman**
Signature of Debtor

Date:   **May  1, 2026**

**/s/ Tami Denise Beaman**
**Tami Denise Beaman**
Signature of Debtor

MICHAEL ALLEN BEAMAN
TAMI DENISE BEAMAN
5038 GARDENIA HILL RD
PERKINSTON, MS 39573

CRDTWORKSLLC
ATTN: BANKRUPTCY
3191 CORAL WAY
MIAMI, FL 33145

LEND NATION
8208 MELROSE
OVERLAND PARK, KS 66214

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CREDIT ACCEPTANCE
P.O. BOX
DETROIT, MI 48255

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

AARGON AGENCY INC
ATTN: BANKRUPTCY
8668 SPRING MOUNTAIN
STE 110
LAS VEGAS, NV 89117

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT, MS 39502

AARON'S
730 MEMORIAL BLVD
PICAYUNE, MS 39466

DEBRA BEAMAN
3373 RD 345
KILN, MS 39556

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

ACIMA
9815 S MONROE ST
SANDY, UT 84070

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

MONEY KEY
1000 N. WEST ST
STE 1200
WILMINGTON, DE 19801

AMR
530 S MAIN ST
SUITE 1041
AKRON, OH 44311

GARDENIA HILL LLC
PO BOX 826
KILN, MS 39556

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130

GRACELAND PORTABLE BUI
P.O. BOX 1000
DEPT #162
MEMPHIS, TN 38148-0162

OCHSNER HOSPITAL
1514 JEFFERSON HIGHWAY
NEW ORLEANS, LA 70121

CC BANK
1835 W STATE ST
PLEASANT GROV, UT 84062

HANCOCK WHITNEY
PO BOX 211269
MONTGOMERY, AL 36121

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

COMENITY CAPITAL
ATTN: BANKRUPTCY
PO BOX 183003
COLUMBUS, OH 43218

HYUNDAI MOTOR FINANCE
ATTN: BANKRUPTCY
P.O. BOX 20829
FOUNTAIN VALLEY, CA 92728

SINGING RIVER HOSPITAL
15200 COMMUNITY RD
GULFPORT, MS 39503

```
SLIDELL MEMORIAL HOSPI
1001 GAUSE BLVD
BOX 15
SLIDELL, LA 70458

SOUTHERN FINANCIAL***
P.O.BOX 15203
HATTIESBURG, MS 39404


TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TOYOTA FINANCIAL
P.O. BOX 5855
CAROL STREAM, IL 60197-5855


VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101
```