Certificate Number: 17082-MSS-DE-040965225

Bankruptcy Case Number: 26-50658



17082-MSS-DE-040965225

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 11, 2026, at 7:31 o'clock PM MST, MICHAEL A BEAMAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: May 11, 2026                    By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director