# Proceeding Minutes / Proceeding Memo

**Case #:**  26-50658          **Case Name:**  Michael Allen Beaman and Tami Denise Beaman

**Set:**  07/09/2026 10:00 am   **Chapter:**  13   **Type:**  bk      **Judge**  Katharine M. Samson

**matter**   Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)