United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 26-50658-KMS

Michael Allen Beaman                                                      Chapter 13

Tami Denise Beaman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                  Page 1 of 3

Date Rcvd: Jul 07, 2026                     Form ID: n031                              Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Allen Beaman, Tami Denise Beaman, 5038 Gardenia Hill Rd, Perkinston, MS 39573-3990 |
| 5662041 | + | AMR, 530 S Main St, Suite 1041, Akron, OH 44311-4423 |
| 5662045 | + | Crdtworksllc, Attn: Bankruptcy, 3191 Coral Way, Miami, FL 33145-3213 |
| 5662048 | + | Debra Beaman, 3373 Rd 345, Kiln, MS 39556-6845 |
| 5662050 | + | Gardenia Hill LLC, PO Box 826, Kiln, MS 39556-0826 |
| 5662051 | | Graceland Portable Bui, P.O. Box 1000, Dept #162, Memphis, TN 38148-0162 |
| 5662052 | + | Hancock Whitney, PO Box 211269, Montgomery, AL 36121-1269 |
| 5662056 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5691104 | + | Memorial Hospital, c/o Wessler Law Firm, P.O. Box 175, Gulfport, MS 39502-0175 |
| 5662062 | + | Singing River Hospital, 15200 Community Rd, Gulfport, MS 39503-3085 |
| 5662063 | + | Slidell Memorial Hospi, 1001 Gause Blvd, Box 15, Slidell, LA 70458-2987 |
| 5667993 | + | Southern Financial, P.O.Box 15203, Hattiesburg, MS 39404-5203 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 19:59:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 19:58:58 | Nuvell Credit Company, c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5662038 | + | Email/Text: aargon@ebn.phinsolutions.com | Jul 07 2026 19:54:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain, Ste 110, Las Vegas, NV 89117-4119 |
| 5662039 | + | Email/Text: bankruptcynotices@aarons.com | Jul 07 2026 19:54:00 | Aaron's, 730 Memorial Blvd, Picayune, MS 39466-4632 |
| 5662040 | + | Email/Text: bankruptcy@acima.com | Jul 07 2026 19:54:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5683267 | + | Email/Text: bankruptcy@af247.com | Jul 07 2026 19:54:00 | Advance Financial, 100 Oceanside Dr, Nashville TN 37204-2351 |
| 5662043 | + | Email/Text: bankruptcy@ccbank.com | Jul 07 2026 19:54:00 | CC Bank, 1835 W State St, Pleasant Grov, UT 84062-4038 |
| 5663342 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 19:58:58 | Capital One Auto Finance, a division of, Capital One, N.A. Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5662042 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 19:59:04 | Capital one, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5662044 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:54:00 | Comenity Capital, Attn: Bankruptcy, Po Box |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: n031 | Total Noticed: 49 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 183003, Columbus, OH 43218-3003 |
| 5662046 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 07 2026 19:53:00 | Credit Acceptance, P.O. Box, Detroit, MI 48255-0001 |
| 5662047 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2026 19:59:05 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5662049 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 07 2026 19:59:05 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5667994 | + Email/Text: bankruptcycourt@towerloan.com | Jul 07 2026 19:53:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5663007 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 07 2026 19:54:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 5662053 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 07 2026 19:54:00 | Hyundai Motor Finance, Attn: Bankruptcy, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 5675499 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 07 2026 19:54:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5675522 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 07 2026 19:54:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5662055 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 19:58:52 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5665837 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 19:58:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5670585 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2026 19:58:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5662059 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 07 2026 19:54:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5678289 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 19:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5662057 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 19:54:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5662058 | + Email/Text: bankruptcy@moneykey.com | Jul 07 2026 19:53:00 | Money Key, 1000 N. West St, Ste 1200, Wilmington, DE 19801-1058 |
| 5663838 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2026 19:58:58 | Nuvell Credit Company Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5690438 | + Email/Text: bankruptcy@ochsner.org | Jul 07 2026 19:53:00 | Ochsner Health System, c/o Olivia K. Greenberg, Esq., Jones Walker LLP, 201 St. Charles Ave., 51st Fl., New Orleans, LA 70170-5100 |
| 5662060 | + Email/Text: lengle@ochsner.org | Jul 07 2026 19:54:00 | Ochsner Hospital, 1514 Jefferson Highway, New Orleans, LA 70121-2451 |
| 5687570 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 07 2026 19:59:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5662061 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 07 2026 19:58:51 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5662054 | Email/Text: bankruptcy@qcholdings.com | Jul 07 2026 19:53:00 | Lend Nation, 8208 Melrose, Overland Park, KS 66214 |
| 5687852 | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2026 19:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5672414 | Email/Text: bankruptcy@springoakscapital.com | Jul 07 2026 19:53:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |
| 5668770 | ^ MEBN | | |

District/off: 0538-6          User: mssbad          Page 3 of 3

Date Rcvd: Jul 07, 2026          Form ID: n031          Total Noticed: 49

| | | Jul 07 2026 19:52:32 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5662064 | Email/Text: bankruptcycourt@towerloan.com | | |
| | | Jul 07 2026 19:53:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5662065 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jul 07 2026 19:53:00 | Toyota Financial, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 5662066 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jul 07 2026 19:53:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5687690 | *+ | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | |
| | on behalf of Debtor Michael Allen Beaman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |
| | on behalf of Joint Debtor Tami Denise Beaman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | |
| | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | |
| | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−50658−KMS
**Chapter:** 13

**In re:**

Michael Allen Beaman
aka Michael A Beaman
5038 Gardenia Hill Rd
Perkinston, MS 39573

Tami Denise Beaman
fka Tami Denise Barber
5038 Gardenia Hill Rd
Perkinston, MS 39573

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 7, 2026 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 7, 2026

Danny L. Miller, Clerk of Court